

FILED by **JA** D.C.

Feb 25, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **21-20111-CR-ALTONAGA/TORRES**

18 U.S.C. § 1956(h)
18 U.S.C. § 1956(a)(1)(B)(i)
18 U.S.C. § 513(a)
18 U.S.C. § 982

UNITED STATES OF AMERICA

vs.

ALFREDO RUIZ, a/k/a "Maik,"
PEDRO FERREIRO CONDE, a/k/a "Titi,"
REINIER GONZALEZ CABALLERO,
and ALEXEIS NAPOLES MANRESA,

        Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At various times material to this Indictment:

1. Construction Company A was a Florida corporation with its principal place of business in Miami-Dade County which purportedly provided construction and remodeling services.

2. Delivery Company A was a Florida corporation with its principal place of business in Miami-Dade County which purportedly provided delivery and logistics services.

3. RGC Flooring Corp. ("RGC Flooring") was a Florida corporation with its principal place of business in Miami-Dade County which purportedly provided flooring and remodeling services.

4. JMP Flooring Corp. ("JMP Flooring") was a Florida corporation with its principal place of business in Miami-Dade County which purportedly provided tiling and flooring services.

5. DME Company 1 was a Florida corporation with its principal place of business in Miami-Dade County which purportedly provided durable medical equipment to Medicare beneficiaries, among others.

6. DME Company 2 was a Florida corporation with its principal place of business in Miami-Dade County which purportedly provided durable medical equipment to Medicare beneficiaries, among others.

7. Individual 1 was a resident of Miami-Dade County and the sole officer and registered agent of Construction Company A.

8. Individual 2 was a resident of Miami-Dade County and the sole officer and registered agent of Delivery Company A.

9. Defendant **ALFREDO RUIZ, a/k/a "Maik,"** was a resident of Miami-Dade County.

10. Defendant **PEDRO FERREIRO CONDE, a/k/a "Titi,"** was a resident of Miami-Dade County.

11. Defendant **REINIER GONZALEZ CABALLERO** was a resident of Miami-Dade County and the sole officer and registered agent of RGC Flooring.

12. Defendant **ALEXEIS NAPOLES MANRESA** was a resident of Miami-Dade County and, as of August 13, 2019, was the sole officer and registered agent of JMP Flooring.

## COUNT 1
### Conspiracy to Commit Money Laundering
### (18 U.S.C. § 1956(h))

1. The General Allegations section of this Indictment is re-alleged and fully incorporated herein by reference.

2. From at least as early as in or around July 2019, through in or around October 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**ALFREDO RUIZ, a/k/a "Maik,"
PEDRO FERREIRO CONDE, a/k/a "Titi,"
REINIER GONZALEZ CABALLERO, and
ALEXEIS NAPOLES MANRESA,**

did willfully, that is, with the intent to further the object of the conspiracy, and knowingly combine, conspire, confederate, and agree with each other and with Individual 1, Individual 2, and others, known and unknown to the Grand Jury, to knowingly conduct a financial transaction affecting interstate commerce, which financial transaction involved the proceeds of specified unlawful activity, knowing the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and knowing that such transaction was designed, in whole and in part, to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(l)(B)(i).

It is further alleged that the specified unlawful activity is conspiracy to commit health care fraud and wire fraud, in violation of Title 18, United States Code, Section 1349, health care fraud, in violation of Title 18, United States Code, Section 1347, and wire fraud, in violation of Title 18, United States Code, Section 1343.

All in violation of Title 18, United States Code, Section 1956(h).

## COUNTS 2-10
## Money Laundering
## (18 U.S.C. § 1956(a)(1)(B)(i))

On or about the dates specified as to each count below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants as specified as to each count below, did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce, which financial transaction involved the proceeds of specified unlawful activity, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and knowing that the transaction was designed, in whole and in part, to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, as set forth below:

| COUNT | DATE | DEFENDANTS | FINANCIAL TRANSACTION |
|---|---|---|---|
| 2 | 8/29/2019 | ALFREDO RUIZ, a/k/a "Maik," and REINIER GONZALEZ CABALLERO | Cash withdrawal in the approximate amount of $8,100 from RGC Flooring's Wells Fargo account ending in 7639 |
| 3 | 8/29/2019 | ALFREDO RUIZ, a/k/a "Maik," and ALEXEIS NAPOLES MANRESA | Cash withdrawal in the approximate amount of $8,790 from JMP Flooring's Wells Fargo account ending in 9429 |
| 4 | 8/30/2019 | ALFREDO RUIZ, a/k/a "Maik," and REINIER GONZALEZ CABALLERO | Deposit of check no. 111 in the approximate amount of $13,490 from Delivery Company A's TD Bank account ending in 2110 into RGC Flooring's Wells Fargo account ending in 7639 |
| 5 | 9/3/2019 | ALFREDO RUIZ, a/k/a "Maik," and REINIER GONZALEZ CABALLERO | Deposit of check no. 1010 in the approximate amount of $13,519 from RGC Flooring's Wells Fargo account ending in 7639 into Construction Company A's Wells Fargo account ending in 5669 |
| 6 | 9/11/2019 | ALFREDO RUIZ, a/k/a "Maik," and ALEXEIS NAPOLES MANRESA | Negotiation of check no. 1054 in the approximate amount of $7,000 drawn on JMP Flooring's Wells Fargo account ending in 9429 |

4

| 7 | 9/13/2019 | ALFREDO RUIZ, a/k/a "Maik," and ALEXEIS NAPOLES MANRESA | Negotiation of check no. 106 in the approximate amount of $5,300 drawn on JMP Flooring's TD Bank account ending in 2160 |
| --- | --- | --- | --- |
| 8 | 9/13/2019 | ALFREDO RUIZ, a/k/a "Maik," and REINIER GONZALEZ CABALLERO | Negotiation of check no. 1023 in the approximate amount of $2,950 drawn on RGC Flooring's Wells Fargo account ending in 7639 |
| 9 | 9/20/2019 | ALFREDO RUIZ, a/k/a "Maik," and ALEXEIS NAPOLES MANRESA | Cash withdrawal in the approximate amount of $5,000 from JMP Flooring's TD Bank account ending in 2160 |
| 10 | 9/24/2019 | ALFREDO RUIZ, a/k/a "Maik," PEDRO FERREIRO CONDE, a/k/a "Titi," and ALEXEIS NAPOLES MANRESA | Cash withdrawal in the approximate amount of $4,000 from JMP Flooring's Wells Fargo account ending in 9429 |

It is further alleged that the specified unlawful activity is conspiracy to commit health care fraud and wire fraud, in violation of Title 18, United States Code, Section 1349, health care fraud, in violation of Title 18, United States Code, Section 1347, and wire fraud, in violation of Title 18, United States Code, Section 1343.

In violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

## COUNT 11
### Counterfeit Security
### (18 U.S.C. § 513(a))

On or about October 29, 2019, in Miami-Dade County, in the Southern District of Florida, the defendant,

**PEDRO FERREIRO CONDE, a/k/a "Titi,"**

did knowingly and intentionally make, utter, and possess a counterfeit and forged security of an organization that operated in and affected interstate commerce, that is, Check No. 0039098004 in the amount of $9,989 purportedly issued by Wells Fargo Bank related to the account of "J.B.,"

with intent to deceive another person and organization, that is, Wells Fargo Bank, in violation of Title 18, United States Code, Sections 513(a) and 2.

## FORFEITURE
### (18 U.S.C. § 982)

1. The allegations contained in this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which each of the defendants, **ALFREDO RUIZ, a/k/a "Maik," PEDRO FERREIRO CONDE, a/k/a "Titi," REINIER GONZALEZ CABALLERO,** and **ALEXEIS NAPOLES MANRESA,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1956, as alleged in this Indictment, each defendant so convicted shall forfeit to the United States, any property, real or personal, involved in such offense, and any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

3. The property subject to forfeiture as a result of the alleged offense includes, but is not limited to, a money judgment in the approximate amount of $1,538,240.

4. If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty.

the United States shall be entitled to the forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p).

All pursuant to Title 18, United States Code, Sections 982(a)(1), and the procedures set forth in Title 21, United States Code, Section 853 made applicable by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
TIMOTHY J. ABRAHAM
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. _____

**ALFREDO RUIZ, et al.**

_____Defendant._____ /

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division:** (Select One)
- ✓ Miami
- ___ Key West
- ___ FTL
- ___ WPB
- ___ FTP

New defendant(s)         Yes ___   No ___
Number of new defendants ___
Total number of counts ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   Yes
   List language and/or dialect   Spanish

4. This case will take 6-10 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                         (Check only one)

   I    0 to 5 days        ___              Petty       ___
   II   6 to 10 days       ✓                Minor       ___
   III  11 to 20 days      ___              Misdem.     ___
   IV   21 to 60 days      ___              Felony      ✓
   V    61 days and over   ___

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___   No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___   No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   Yes ___   No ✓

ASSISTANT UNITED STATES ATTORNEY
Timothy J. Abraham, Florida Bar No. 114372

\*Penalty Sheet(s) attached                              REV 6/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** ALFREDO RUIZ, a/k/a "Maik"

**Case No:** _____

Count # 1:

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:**   Twenty (20) Years' Imprisonment

Counts # 2-10:

Money Laundering

Title 18, United States Code, Section 1956(a)(1)(B)(i)

**\*Max. Penalty:**   Twenty (20) Years' Imprisonment as to Each Count

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** PEDRO FERREIRO CONDE, a/k/a "Titi"

**Case No:** _____

Count # 1:

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:**   Twenty (20) Years' Imprisonment

Count # 10:

Money Laundering

Title 18, United States Code, Section 1956(a)(1)(B)(i)

**\*Max. Penalty:**   Twenty (20) Years' Imprisonment

Count # 11:

Counterfeit Security

Title 18, United States Code, Section 513(a)

**\*Max. Penalty:**   Ten (10) Years' Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** REINIER GONZALEZ CABALLERO

**Case No:** _____

Count # 1:

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:**   Twenty (20) Years' Imprisonment

Counts # 2, 4, 5 and 8:

Money Laundering

Title 18, United States Code, Section 1956(a)(1)(B)(i)

**\*Max. Penalty:**   Twenty (20) Years' Imprisonment as to Each Count

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** ALEXEIS NAPOLES MANRESA

**Case No:** _____

Count # 1:

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:**     Twenty (20) Years' Imprisonment

Counts # 3, 6, 7, 9 and 10:

Money Laundering

Title 18, United States Code, Section 1956(a)(1)(B)(i)

**\*Max. Penalty:**     Twenty (20) Years' Imprisonment as to Each Count

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.